# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA M. YOUELLS, | : |
| Plaintiff, | : |
| v. | : 3:19-CV-633 |
| | : (JUDGE MARIANI) |
| JULIUS A. DZAKPASU, et al., | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 11th DAY OF JULY, 2019, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 11) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 11) is **ADOPTED** for the reasons set forth therein.

2. Defendants' Motion to Dismiss and Motion for a More Definite Statement (Doc. 3) is **DENIED**.

3. This action is **REMANDED** to Magistrate Judge Carlson for further pretrial proceedings in accordance with this Court's June 20, 2019 Order (Doc. 9).

Robert D. Mariani
United States District Judge