UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MELISSA M. YOUELLS,

    Plaintiff,

    v.

JULIUS DZAKPASU and
WESTERN EXPRESS, INC.,

    Defendants.

: CIVIL ACTION NO. 3:19-CV-633
:
: (JUDGE MARIANI)
: (Magistrate Judge Carlson)

FILED SCRANTON OCT 23 2019 PER DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM WAGNER,

    Plaintiff,

    v.

JULIUS DZAKPASU and
WESTERN EXPRESS, INC.,

    Defendants.

: CIVIL ACTION NO. 3:19-CV-922
:
: (JUDGE MARIANI)
: (Magistrate Judge Carlson)

## ORDER

AND NOW, THIS __22ND__ DAY OF OCTOBER 2019, upon review of

Magistrate Judge Carlson's Report and Recommendation ("R&R") (Civ. A. No. 3:19-CV-633

Doc. 23; Civ. A. No. 3:19-CV-922 Doc. 20) concerning Defendants' Motion to Consolidate

Cases (Civ. A. No. 3:19-CV-633 Doc. 12; Civ. A. No. 3:19-CV-922 Doc. 11) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R is **ADOPTED** for the reasons set forth therein.

2. Defendants' Motion to Consolidate Cases (Civ. A. No. 3:19-CV-633 Doc. 12; Civ. A. No. 3:19-CV-922 Doc. 11) is **GRANTED IN PART** and **DEFERRED IN PART**.

3. The above-captioned matters shall be consolidated for pre-trial purposes and for trial on the liability phase of the cases.

4. A decision on whether the damages phase of the trial should be bifurcated will be decided at a later phase of the proceedings.

5. All further filings shall be made under Civil Action No. 3:16-CV-633 with Melissa M. Youells and William Wagner identified as Plaintiffs;

6. The Clerk of Court is directed to administratively close Civil Action No. 3:19-CV-922.

_____
Robert D. Mariani
United States District Judge